IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CASE NO. 1:15-CR-00074-01** |
| | : | **1:15-CR-00074-02** |
| | : | **1:15-CR-00074-03** |
| **v.** | : | |
| | : | |
| **JONATHAN SANTANA** | : | |
| **ANGELO HARRISON** | : | |
| **DOROTHY WASHINGTON** | : | |

# **O R D E R**

Before the court is a motion filed by defendant Harrison for an extension of the deadline to file pretrial motions and supporting briefs and to continue jury selection and trial in the case above (Doc. 37). The motion has the concurrence of counsel for codefendants and the Government. The captioned defendants are not severed for trial and, to date, no motion for severance has been filed. Therefore, the defendants' speedy trial deadlines are tied to each other.

For the reasons stated in the motion, the court concludes that a continuance of the trial date is warranted; granting the requested extension of time outweighs the interests of the public and the defendants in a speedy trial.

Accordingly, **IT IS HEREBY ORDERED THAT**:

1) The motion (Doc. 37) is granted.

2) The deadline to file pretrial motions and supporting briefs is extended to June 29, 2015.

3) Jury selection in the captioned action is continued from July 6, 2015 to 9:30 a.m. on Monday, August 3, 2015, in Courtroom No. 3, Eighth Floor, Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania.

4) The court specifically finds under 18 U.S.C. § 3161(h)(7)(A) that the ends of justice served by granting this extension and continuance outweigh the interests of the public and the defendant to a speedy trial.

5) The Clerk of Court shall exclude the appropriate time in the captioned action pursuant to the Speedy Trial Act and this order.

s/Sylvia H. Rambo<br>United States District Judge

Dated: June 1, 2015.