## IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | **Crim. No. 1:15-cr-074** |
| | **:** | |
| | **:** | |
| **v.** | **:** | |
| | **:** | |
| | **:** | |
| **JONATHAN SANTANA** | **:** | **Judge Sylvia H. Rambo** |

## <u>O R D E R</u>

**AND NOW**, this 16th day of May, 2018, **IT IS HEREBY ORDERED** that the § 2255 motion filed by Santana is **DENIED**. The court declines to issue a certificate of appealability. Any appeal taken from this order is deemed frivolous and not in good faith.

> s/Sylvia H. Rambo
> SYLVIA H. RAMBO
> United States District Judge